IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    Case No. 08-cv-373-bbc

LEONARD SOCKNESS,

    Defendant.

---

### ENTRY OF DEFAULT

---

    Plaintiff requests that the Clerk of Court enter default against defendant Leonard Sockness, pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant has failed to appear, plead or otherwise defend, the default of defendant Leonard Sockness is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

    Dated this <u>14th</u> day of <u>November</u>,2008.

                                              Joel W. Turner
                                              Acting Clerk of Court