IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>LEONARD SOCKNESS,<br><br>           Defendant. | Case No. 08-CV-373 |

## DEFAULT JUDGMENT

It appearing by the declaration of counsel for the plaintiff that the defendant has failed to appear, plead, or otherwise defend as provided in the Federal Rules of Civil Procedure, the defendant's default is hereby entered.

A default having been entered against the defendant, and counsel for the plaintiff having requested judgment against the defaulted defendant and having filed a proper declaration all in accordance with Rule 55 of the Federal Rules of Civil Procedure;

Judgment is rendered in favor of the plaintiff, United States of America, and against the defendant, Leonard Sockness, as follows:

| | |
|---|---|
| Principal | $80,000.00 |
| Interest through 4/3/08 | $ 2,760.27 |

with interest thereon at the rate of 2% per annum until the date judgment is entered.

| | |
|---|---|
| Penalty interest through 4/3/08 | $ 7,101.00 |

With interest on the non-payment penalty at the rate of 6% per annum until the date judgment is entered.

        Administrative charges
        through 4/3/08                        $   315.00

        Total                                    $90,176.27

An administrative charge of $15.00 accrues every 30 days until the date of judgment is entered.

A civil filing fee of $350.00, plus interest on the judgment at the legal rate until satisfaction of the debt, and for all future fees, costs, and disbursements.

Dated this _14th_ day of _November_, 2008.

                                          _____
                                          JOEL TURNER
                                          Acting Clerk of Court

Entered this _____ day of _____, 2008.

                                          JOEL TURNER
                                          Acting Clerk of Court

                                          By:
                                          _____
                                          Deputy Clerk of Court